IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Daniel Medford Bynaker           *
Lorraine E. Bynaker
                                 *

        Plaintiffs,               *

v.                               * Case No. CCB-00-CV-3641

Conseco Finance Servicing Corp.   *

        Defendant.                *

### ORDER GRANTING PLAINTIFFS LEAVE TO FILE AN AMENDED COMPLAINT

Upon consideration of the Plaintiffs, Daniel Medford Bynaker and Lorraine E. Bynaker ("Bynaker"), motion for leave to file an amended complaint, the defendant's consent thereto, it is 20 day of February, 2001, by the United States District Court for the District of Maryland;

ORDERED that the plaintiffs are granted leave to file their amended complaint.

_____
Catherine C. Blake, Judge
United States District Court for the
District of Maryland

