# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Daniel Medford Bynaker, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: CCB-00-CV 3641 |
| ) | |
| Conseco Finance Servicing Group, ) | |
| ) | |
| Defendant and ) | |
| Third Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Baltimore American Mortgage Corporation, ) | |
| ) | |
| Third Party Defendant. ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1(b) of this Court, Mitchel H. Kider, Esquire, a member of the Bar of this Court, moves the admission of <u>Leah Schmulewitz Getlan, Esquire</u> to appear pro hac vice in the captioned proceeding as counsel for Baltimore American Mortgage Corporation.

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of New Jersey, New York and the District of Columbia.

And/or the following United States Court(s): The United States District Court for the State of New Jersey, United States District Court for the Western District of Michigan.

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court 0 time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follow: _____.

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceeding will be the undersigned who has been formally admitted to the bar of this Court.

6) It is understood that admission <u>pro hac vice</u> does not constitute formal admission to the bar of this Court.

Respectfully submitted:,

| MOVANT: Mitchel H. Kider | PROPOSED ADMITTEE: Leah Schmulewitz Getlan |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Weiner Brodsky Sidman Kider PC | Weiner Brodsky Sidman Kider PC |
| 1300 Nineteenth Street, NW | 1300 Nineteenth Street, NW |
| Fifth Floor | Fifth Floor |
| Washington, D.C. 20036 | Washington, D.C. 20036 |
| (202) 628-2000 | (202) 628-2000 |
| Office Phone Number | Office Phone Number |
| (202) 628-2011 | (202) 628-2011 |
| Fax Number | Fax Number |

25343
Md. U.S. District Court Number

## ORDER

Motion __✓__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to the Clerk of Court

Motion _____ DENIED

_3/30/0_          *[signature]*
Dated                          Judge, U.S. District Court

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2001, a copy of the foregoing was mailed, postage prepaid, to the following counsel of record:

Scott C. Borison, Esq.
Richard C. Wills, Esq.
Legg Law Firm, LLC
5500 Buckeystown Pike
Frederick, MD 21703

David B. Goldstein, Esq.
Daneker, McIntire, Schumm, Prince,
Goldstein, Manning & Widmann, P.C.
210 N. Charles Street, Suite 800
Baltimore, MD 21201

_____
Leah Schmulewitz Getlan

F:\96013\002\lkas1059brf.doc