IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Daniel Medford Bynaker, et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO.: CCB-00-CV 3641 |
| Conseco Finance Servicing Corp., | ) |
| Defendant and Third Party Plaintiff, | ) |
| v. | ) |
| Baltimore American Mortgage Corporation, | ) |
| Third Party Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs Daniel Medford Bynaker and Lorraine E. Bynaker (the "Bynakers"), Defendant / Third-Party Plaintiff Conseco Finance Servicing Corp. ("Conseco"), and Third-Party Defendant Baltimore American Mortgage Corporation ("Baltimore American") (collectively, "All Parties"), by and through their undersigned counsel of record, that All Parties having fully settled all claims made in the Bynakers' Complaint and Amended Complaint, Conseco's Third-Party Complaint, and Baltimore American's Counterclaim to the Third-Party Complaint ("All Claims"), hereby stipulate and agree, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that All Claims in this action should be and hereby are dismissed with prejudice, each party to bear its own costs and expenses, except as otherwise agreed by the parties.

LEGG LAW FIRM

_____
Scott C. Borison, Esq.
5500 Buckeystown Pike
Frederick, MD 21703
Attorneys for Plaintiffs
Daniel Medford Bynaker and Lorraine E. Bynaker


DANEKER MCINTIRE SCHUMM PRINCE
GOLDSTEIN MANNING & WIDMANN, P.C.


_____
David B. Goldstein, Esq.
The Fidelity Building, 8th Floor
210 North Charles Street
Baltimore, Maryland 21201
Attorneys for Defendant and Third Party Plaintiff
Conseco Finance Servicing Corp.


WEINER BRODSKY SIDMAN KIDER PC


_____
Leah Schmulewitz Getlan, Esq.
1300 Nineteenth Street, NW
Fifth Floor
Washington, D.C. 20036
Attorneys for Third Party Defendant
Baltimore American Mortgage Corporation


Dated: October 30, 2001

F:\96013\002\llsg1105brf.doc